PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT ||
|---|---|
| BY: ☐ INFORMATION ☑ INDICTMENT | CASE NO. **15-200** |
| Matter Sealed: ☐ Juvenile ☐ Other than Juvenile<br>☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added<br>☐ Indictment ☐ Charges/Counts Added<br>☐ Information | USA vs.<br>Defendant: THOMAS GORDON, a/k/a "Ice" |
| Name of District Court, and/or Judge/Magistrate Location (City)<br>UNITED STATES DISTRICT COURT EASTERN<br>DISTRICT OF LOUISIANA Divisional Office | Address:<br><br>**SEALED**<br>**SECT. J MAG. 5** |
| Name and Office of Person Furnishing Information on THIS FORM: Alana Lincoln<br>☒ U.S. Atty ☐ Other U.S. Agency<br>Phone No. (504) 680-3000 | ☐ Interpreter Required   Dialect: _____ |
| Name of Asst. U.S. Attorney (if assigned): Brandon S. Long | Birth Date 1983   ☑ Male ☐ Female   ☐ Alien (if applicable) |

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
FBI, Special Agent Jason Quick

Social Security Number XXX-XX-2827

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.
15-091

Place of offense: Orleans    County

**DEFENDANT**

Issue: ☐ Warrant ☑ Summons

Location Status:
Arrest Date 8/6/2015 ___ or Date Transferred to Federal Custody ___

☑ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Claude J. Kelly
☑ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 11    (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | Title 21, U.S.C., § 846 | Conspiracy to distribute/pwit heroin | 1 |
| 4 | Title 21, U.S.C., §§841(a)(1), 841 (b)(1)(C), & Title 18, U.S.C., § 2 | Distribution of a quantity of heroin | 2 |
| 4 | Title 21, U.S.C., §843(b), & Title 18, U.S.C.,§ 2 | Use of a telephone facilitating the commission of drug violation | 3, 15-16 |
| 4 | Title 21, U.S.C, §§ 841(a)(1), 841(b)(1)(C) | Distribution of a quantity of heroin | 4-8, 12 |